**Omer PYATT, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 54052.

Missouri Court of Appeals,
Eastern District,
Division One.

July 19, 1988.

Donald J. Hager, Public Defender, Steven Eugene Jordon, Asst. Public Defender, Farmington, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Omer Pyatt, Jr. appeals from the denial of his Rule 27.26 motion for post-conviction relief. The motion court's conclusions and judgment are not clearly erroneous. An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).

**PAUL WEISMAN & ASSOCIATES, LTD., Plaintiff–Appellant,**

v.

**AETNA LIFE & CASUALTY COMPANY, Defendant–Respondent.**

No. 54168.

Missouri Court of Appeals,
Eastern District,
Division One.

July 19, 1988.

Edward S. Meyer, Priscilla F. Gunn, St. Louis, for appellant.

Peter W. Herzog, P. Terence Crebs, Amit A. Pandya, St. Louis, for respondent.

ORDER

PER CURIAM.

Plaintiff appeals after the trial court sustained defendant's motion to dismiss its petition for failure to state a cause of action. In its petition plaintiff requested equitable relief from a dismissal with prejudice of its previous case. We affirm. No error of law appears, and an extended opinion would have no precedential value. Rule 84.16(b).